Anna Y. Park, SBN 164242
Anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
Nakkisa.akhavan@eeoc.gov
Taylor Markey, SBN 319557
Taylor.markey@eeoc.gov
Andrea E. Ringer, SBN 307315
Andrea.ringer@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TECHSTYLE, INC.; TECHSTYLE VENTURES, LLC; FABLETICS, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT – TITLE VII**<br><br>• **EEO-1 VIOLATION** |

1
2  Eric Yau, HI SBN 10087
   Eric.yau@eeoc.gov
3  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
4
   300 Ala Moana Boulevard, Room 4-257
5  Honolulu, HI 96850
   Telephone: (808) 800-2345
6
   Facsimile: (808) 541-3390
7
8  Attorney for Plaintiff
   U.S. EQUAL EMPLOYMENT
9  OPPORTUNITY COMMISSION
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 et seq. ("Title VII"), for an order directing Techstyle, Inc., Techstyle Ventures, LLC and Fabletics, LLC (collectively, "Defendants") to prepare, execute, and file accurate and complete Employer Information Report EEO-1s ("EEO-1 reports") as required by Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§1602.7 – 1602.14, for each calendar year for which Defendants are in violation of their reporting obligations. The U.S. Equal Employment Opportunity Commission ("Commission") alleges that in prior reporting years, including calendar years 2019, 2020, 2021 and 2022, and despite written notices and demands from the Commission, Defendants have failed and refused to fully comply with their obligation to file such reports, in violation of said statute and regulations.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, and 1345. This action is authorized and instituted pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder.

2. Venue in this Court is proper as Defendants are found, reside, or transact business within the jurisdiction of the United States District Court for the Central District of California.

## PARTIES

3. Plaintiff, the Commission, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action pursuant to 42 U.S.C. §2000e-8(c) and regulations issued thereunder, 29 C.F.R. §1602.9.

4. At all relevant times, Defendants could be found, reside, or transact business within the State of California and the city of El Segundo, county of Los Angeles, and have continuously had at least 100 employees.

5. At all relevant times, Defendants have continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. 2000e (b), (g), and (h).

## STATEMENT OF CLAIMS

6. In 2019, Defendants had 100 or more employees.

7. Defendants were under a duty to file an EEO-1 report for 2019.

8. The Commission issued to Defendants notice of non-compliance and failure to file their required EEO-1 report for 2019.

9. Defendants failed and refused to fully comply with their obligation to prepare, execute and file an accurate and complete EEO-1 report for 2019.

10. As of the date of this action, Defendants never filed their required EEO-1 report for 2019.

11. In 2020, Defendants had 100 or more employees.

12. Defendants were under a duty to file an EEO-1 report for 2020.

13. The Commission issued to Defendants notice of non-compliance and failure to file their required EEO-1 report for 2020.

14. Defendants failed and refused to fully comply with their obligation to prepare, execute and file an accurate and complete EEO-1 report for 2020.

15. As of the date of this action, Defendants never filed their required EEO-1 report for 2020.

16. In 2021, Defendants had 100 or more employees.

17. Defendants were under a duty to file an EEO-1 report for 2021.

18. The Commission issued to Defendants notice of non-compliance and failure to file their required EEO-1 report for 2021.

19. Defendants failed and refused to fully comply with their obligation to prepare, execute and file an accurate and complete EEO-1 report for 2021.

20. As of the date of this action, Defendants never filed their required EEO-1 report for 2021.

21. In 2022, Defendants had 100 or more employees.

22. Defendants were under a duty to file an EEO-1 report for 2022.

23. The Commission issued to Defendants notice of non-compliance and failure to file their required EEO-1 report for 2022.

24. Defendants failed and refused to fully comply with their obligation to prepare, execute and file an accurate and complete EEO-1 report for 2022.

25. As of the date of this action, Defendants never filed their required EEO-1 report for 2022.

26. Defendants' failure and refusal to file said EEO-1 reports is in violation of Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§1602.7 – 1602.14.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Order that Defendants, without further delay, shall prepare, execute, and file accurate and complete EEO-1 reports as required by law for each prior calendar year for which they have failed to file requisite reports, including 2019, 2020, 2021 and 2022;

B. Order that Defendants file accurate and complete EEO-1 reports as required by law for each calendar year in the future;

C. Grant such further relief as the Court deems necessary and proper in the public interest; and

D. Award the Commission its costs of this action.

Dated: August 26, 2024

Respectfully Submitted,

KARLA GILBRIDE,
General Counsel
Washington, DC

CHRISTOPHER LAGE,
Deputy General Counsel
Washington, DC

By: _____
ANNA Y. PARK,
Regional Attorney
Los Angeles District Office

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION