JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TECHSTYLE, INC.; TECHSTYLE VENTURES, LLC; FABLETICS, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-07239-WLH-SK<br><br>**CONSENT DECREE;**<br>**ORDER [DKT. 9]** |

-1-

## I.

## **INTRODUCTION**

This action was brought by the U.S. Equal Employment Opportunity Commission ("the EEOC") on August 26, 2024, against Techstyle, Inc., Techstyle Ventures, LLC and Fabletics, LLC (collectively, "Defendants") under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 et seq. ("Title VII"), for an order directing Defendants to prepare, execute, and file accurate and complete Employer Information Report EEO-1s ("EEO-1 reports") as required by Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§1602.7-1602.14. The EEOC alleges that in prior reporting years, including 2019, 2020, 2021 and 2022, and despite written notice from the Commission, Defendants failed and refused to fully comply with their obligation to file such EEO-1 reports, in violation of said statute and regulations.

The EEOC and Defendants ("the Parties") hereby agree to the entry of this Consent Decree ("Decree"), which shall fully and finally resolve all claims asserted by the EEOC in *EEOC v. Techstyle, Inc. et al., Does 1-10, Inclusive,* No. 2:24-cv-07239-WLH-SK. The Parties stipulate that this Court has jurisdiction over the Parties, the subject matter of the action, and enforcement of the Decree. The Parties further stipulate that this Court has the authority to enter and to enforce the Decree and that the Decree is final and binding upon the Commission and upon Defendants and their agents, directors, officers, members, employees, successors, and assigns.

## II.

## **GENERAL PROVISIONS**

1. This Decree shall remain in effect for five (5) years from the date it is entered by this Court.

2. All time periods specified in this Decree shall be computed in accordance with Fed. R. Civ. P. 6(a)(1).

3. If one or more provisions of this Decree are adjudicated to be unlawful or unenforceable, the Parties shall engage in reasonable efforts to amend the Decree to preserve or effectuate, in a lawful manner, the purpose or intent of the conflicting provision. In any event, all other provisions of the Decree shall remain in full force and effect.

4. The Parties shall each bear their own attorneys' fees and costs incurred in connection with the action.

5. Prior to any sale, merger or transfer of Defendants' business or assets in whole or part, Defendants shall provide written notice to the potential purchaser or transferee, and to any other potential successor, of the existence of and allegations in this action and of the contents of the Decree, along with a copy of the Complaint and this Decree. Within ten (10) days of providing the notice required under this provision to a potential successor, Defendants shall inform EEOC of the entity to which it was given and provide EEOC copies of the notice documents and communications.

6. When this Decree requires the submission of records, notices, reports or other documents or information to one or both Parties, such submission shall be deemed served on the date it is received. Unless otherwise specified by the receiving Party, service of documents and information shall be by certified or electronic mail:

    a. If to EEOC: Anna Y. Park, Regional Attorney, U.S. Equal Employment Opportunity Commission, 255 East Temple Street, 4th Floor, Los Angeles, CA 90012; facsimile number (213) 894-1301; and lado.legal@eeoc.gov or such other person as EEOC shall designate.

b. If to Defendants: Techstyle, Inc., Techstyle Ventures, LLC and Fabletics, LLC, General Counsel, 800 Apollo Street, El Segundo, CA 90245, or such other person as Defendants shall designate.

7. This Decree resolves the claims asserted by the Commission in the Complaint in *EEOC v. Techstyle, Inc. et al., Does 1-10, Inclusive,* No. 2:24-cv-07239-WLH-SK, through the date of entry of the Decree.

8. Upon approval and entry of the Decree, the Court shall dismiss the action with prejudice while retaining jurisdiction over the Decree and to resolve any claims or disputes concerning implementation, enforcement, or amendment of the Decree and to enter any order, judgment or agreement related to the same.

## III.
## EEO-1 REPORTING COMPLIANCE

9. Defendants, on or before October 15, 2024, shall produce and file compliant EEO-1 Reports required by Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and the regulations issued thereunder, 29 C.F.R. §§1602.7-1602.14, separately for reporting years 2019, 2020, 2021 and 2022.

10. The EEOC shall provide Defendants with instructions for filing delinquent reports within two business days of the entry of this Decree. Defendants shall comply with those instructions.

11. During the term of this Decree, for any additional year in which Defendants are required to file an EEO-1 Report pursuant to 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and the regulations issued thereunder, 29 C.F.R. §§1602.7-1602.14, Defendants shall timely file their EEO-1 Report in each such year consistent with the deadlines, protocols, specifications and instructions contained in the EEO-1 Component 1 Data Collection Instruction Booklet and EEO-1 Component 1 Data File Upload Specifications for such respective year. If any Defendant believes that it is no longer subject to EEO-1 filing requirements, it

shall follow the procedures provided for on the EEO-1 website for reporting any necessary changes in filing status.

## IV.
## EEO-1 REPORTING MONITOR

12. Within fourteen (14) days of the date on which this Decree is entered by the Court, Defendants shall appoint an EEO-1 Reporting Monitor (the "Monitor") and provide notice to EEOC of the name, title, and contact information of the person so designated. If the designated Monitor changes during the term of this Decree, Defendants shall provide EEOC notice as to the successor Monitor within seven (7) days of his/her assuming such responsibilities. Defendants shall ensure that the Monitor is familiar with EEO-1 reporting obligations under Title VII and has all resources necessary to ensure Defendants' compliance with their EEO-1 reporting obligations and with this Decree.

13. For each annual EEO-1 report submitted by Defendants pursuant to the requirements of Title VII and/or this Decree, the Monitor shall, within seven (7) days of Defendants' filing of such EEO-1 report, submit a certification to EEOC confirming:

    a. the date and manner by which the respective EEO-1 report was filed;

    b. whether Defendants filed as a single or multi-establishment employer;

    c. the number and type of component reports filed (i.e., headquarters, consolidated, and/or establishment(s) reports);

    d. that prior to filing the Monitor reviewed the EEO-1 report and applicable laws, regulations and EEOC Data Collection Instruction Booklets and Upload Specifications; and

   e. the EEO-1 report, including all component parts, is accurate and complies with such requirements.

## V.

## DECREE COMPLIANCE MONITORING

14. During the term of the Decree, the EEOC is authorized to monitor compliance with the Decree, which may occur through inspection of Defendants' premises, attendance or observance of events required by the Decree, interviews with Defendants' employees or representatives, production and inspection of Defendants' records, and other investigatory techniques provided for under Title VII or the Commission's regulations. Further, Defendants shall, through the Monitor:

   a. respond within fourteen (14) days to EEOC informational requests concerning the status, content, or manner of preparation or filing of any EEO-1 reports subject to this Decree; and

   b. respond within fourteen (14) days to EEOC requests to verify compliance with the Decree and/or the information contained in any EEO-1 report. This includes making available to EEOC relevant records, data, or personnel, and providing EEOC access to their premises to verify the accuracy of Defendants' reported information and classification of employees.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Date: September 11, 2024

By: */s/ Anna Y. Park*
    Anna Y. Park
    Attorney for Plaintiff, EEOC

Date: September 10, 2024

*/s/ Matthew B. Fojut*
Matthew B. Fojut
General Counsel and Representative
for Defendants Techstyle, Inc.,
Techstyle Ventures, LLC and
Fabletics, LLC

# ORDER

The provisions of the foregoing Consent Decree are fair, reasonable, and adequate. The Consent Decree is hereby approved and compliance with all provisions is HEREBY ORDERED. The Court hereby retains jurisdiction over this Consent Decree until its expiration.

Date: September 20, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE